

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-013-CV

STEPHEN LEE WILSON, M.D.                                         APPELLANT

V.

AICCO, INC.                                                       APPELLEE

----------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On March 19, 2008, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). TEX. R. APP. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court by March 31, 2008 a response showing grounds for continuing the appeal. We have not received any response.

---

[1] *See* TEX. R. APP. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).

Appellant shall pay all costs of this appeal, for which let execution issue.


PER CURIAM


PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  April 10, 2008

2